**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGHER, AN INDIVIDUAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALITY LOAN SERVICE CORPORATION, A CORPORATION; PNC BANK, N.A., A NATIONAL ASSOCIATION; PNC MORTGAGE, A DIVISION OF PNC BANK, NA, A NATIONAL ASSOCIATION; NATIONAL CITY MORTGAGE, A CORPORATION AND DOES 1 THROUGH 25 INCLUSIVE,<br><br>　　　　　Defendants. | Case No. EDCV 14-01120-VAP (DTBx)<br><br>**JUDGMENT** |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>July 7, 2014</u>

　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge

2